**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: August 3, 2012 |
| Court Reporter: Terri Lindblom | |

Criminal Action No. 11-cr-00355-MSK

*Parties*:  *Counsel Appearing:*

UNITED STATES OF AMERICA,  Linda Kaufman
  Martha Paluch
       Plaintiff,

v.

WUANITA WEINGART,
JOHN PHILLIP GALLEGOS,  Martin Stuart
ALOIS WEINGART,  Darlene Bagley
  William Taylor
       Defendants.  Paula Ray

---

## COURTROOM MINUTES

---

HEARING: Motions

**10:06 a.m.  Court in session.**

Defendants present on bond.

The Court addresses Motion for Disclosure of 404(b) Evidence **(Doc. #100)**

Argument.

**ORDER:**  Motion for Disclosure of 404(b) Evidence **(Doc. #100)** is **DENIED.**

The Court addresses Motion to Sever (**Doc. #71**) and Motion to Withdraw Document (**Doc. #113**)

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**    Motion to Sever (**Doc. #71**) is **WITHDRAWN**; Motion to Withdraw Document (**Doc. #113**) is **GRANTED**.

The Court addresses the current trial setting and other questions by counsel.

**ORDER:**    Bond is continued.

**10:31 a.m.**    **Court in recess.**

**Total Time:    25 minutes.**
**Hearing concluded.**